HLD-175                                                                      NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 11-2210

———————

IN RE:  JAY L. THOMAS,
Petitioner

———————————————————

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 09-cv-3894)

———————————————————

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 30, 2011

Before:  McKEE, Chief Judge, and ALDISERT and WEIS, Circuit Judges

(Opinion filed:  July 10, 2012)

—————

OPINION

—————

PER CURIAM

　　Jay L. Thomas seeks a writ of mandamus, pursuant to 28 U.S.C. § 1651, directing

the United States District Court for the District of New Jersey to adjudicate his

underlying civil action against the Commissioner of Social Security ("Commissioner").

Subsequent to the filing of this mandamus petition, however, the District Court granted

the Commissioner's motion to dismiss Thomas's complaint and ordered the Clerk of that

Court to close the case.  Accordingly, Thomas's mandamus petition will be denied as

moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that . . . prevent a  court from being able to grant the requested relief, the case must be dismissed as moot.").